<u>**CLOSING**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| WAYNE CHARLES,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DAVID L. MORRIS, et al.,<br><br>    *Defendants*. | Civil Action No. 14-6818<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Plaintiff Wayne Charles' Motion for Default Judgment against Defendants Morris Mortgage, Inc.; D. Morris Financial, LLC; SIP Family Builders, LLC; and David M. L. Morris ("Defendants") [Dkt. No. 12];

and for the reasons stated in the accompanying opinion;

**IT IS** on this 23rd day of February, 2016,

**ORDERED** that judgment in favor of Plaintiff Wayne Charles is hereby entered against Defendants for $246,000.00 in damages; and it is further

**ORDERED** that this case is closed.

/s/ *Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**